PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
COUNTY OF CONTRA COSTA,
GUS S. KRAMER, AND LORI KOCH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNICE PEOPLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CONTRA COSTA, GUS S. KRAMER, AND LORI KOCH<br><br>　　　　Defendants. | Case No. C07-00051 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>[Civil L.R. 6-1] |

Pursuant to Civil L.R. 6-1, Plaintiff Bernice Peoples and Defendants County of Contra Costa, Gus S. Kramer, and Lori Koch hereby stipulate and request as follows:

1. Defendants shall respond to the First Amended Complaint no later than April 30, 2007.

2. If one or more of the Defendants chooses to respond to the First Amended Complaint by motion rather than answer and the Court denies leave to file such a motion pursuant to its Standing Order, then any such Defendant or Defendants shall have until April 30, 2007, or 10 Court days after it or they receive notice of denial of such leave, whichever is later, during which to file an answer to the First Amended Complaint.

3. Absent further Order of the Court, the parties agree to abide by the deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines.

IT IS SO STIPULATED.

Dated: April 6, 2007

O'MELVENY & MYERS LLP

By: _____
Christopher D. Catalano

Attorneys for Defendants
COUNTY OF CONTRA COSTA, GUS S. KRAMER, AND LORI KOCH

Dated: April 6, 2007

PRICE AND ASSOCIATES

By: _____
Pamela Y. Price
Attorneys for Plaintiff
BERNICE PEOPLES

- 1 -   (oop)

STIP. AND [PROPOSED] ORDER
RE: RESPONSE TO FIRST AMENDED COMPLAINT
Case No. C07-00051 MHP

1                                            [PROPOSED] ORDER
                                                     (1 page)

2          Pursuant to stipulation, IT IS SO ORDERED.

3

4

5   Dated: 4/11/2007

6

7   SF1:667790.1

*[Signature stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court, Northern District of California]*

- 2 -

STIP. AND [PROPOSED] ORDER
RE: RESPONSE TO FIRST AMENDED COMPLAINT
Case No. C07-00051 MHP