UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bernice Peoples, | No. C 07-0051 MHP (WDB) |
|     Plaintiff, | ORDER RE POTENTIAL CONFLICT OF INTEREST AND REQUEST FOR RECUSAL |
|   v. | |
| Contra Costa County, | |
|     Defendant. | |

This case has been referred to the undersigned to conduct a settlement conference.

The undersigned's spouse is an attorney with the Contra Costa County Counsel's office. My spouse does <u>not</u> represent the County in connection with this action. While I do not believe that my spouse's employment relationship will impair my ability to be an impartial settlement judge, I directed my staff to notify the parties of this possible conflict of interest.

At least one of the parties prefers to have the case referred to an alternate magistrate judge to conduct the settlement conference. Accordingly, I hereby RECUSE myself from this matter and request that the Court refer this matter for a settlement conference before an alternate magistrate judge.

IT IS SO ORDERED.

DATED: May 16, 2007

                                            Wayne D. Brazil
                                            United States Magistrate Judge

cc: parties,
MHP, WDB, stats

1