PAMELA Y. PRICE (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
BERNICE PEOPLES

PETER OBSTLER (STATE BAR NO. 171623)
CHRISTOPHER D. CATALANO (STATE BAR NO. 208606)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-mail: ccatalano@omm.com

Attorneys for Defendants
COUNTY OF CONTRA COSTA,
GUS S. KRAMER & LORI KOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE PEOPLES, | NO. C07-0051 MHP |
| Plaintiff, | **STIPULATION AND ORDER TO ENLARGE DISCOVERY DATES** |
| v. | |
| COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH in her individual capacity, and DOES 1 through 15 inclusive, | |
| Defendants. | |

The parties, having met and conferred by and through their respective counsel, stipulate to enlarge the discovery schedule in this action and jointly request an Order of the Court approving said stipulation. Good cause for the Order exists for the following reasons:

1. From July 2007 to December 31, 2007, Ms. Peoples' lead counsel, Attorney Pamela Y. Price was serving on a part-time basis as the Interim Executive Director for the Lawyers' Committee for Civil Rights in San Francisco. The Committee is a non-profit public service organization founded in 1968 by leaders of the San Francisco bar to advance civil rights in the Bay Area. Today, it encompasses a large network of attorneys, law firms, and other advocates who provide *pro bono* assistance and representation to individuals in the areas of race, poverty and immigration. Attorney Price's work schedule and responsibilities in that position during this six (6) month period required her to be in San Francisco to supervise a twenty-member staff on Mondays, Tuesdays and Fridays. Attorney Price was also charged with the primary responsibility of preparing and finalizing the $1,700,000 budget for approval by the eighteen-member Board of Directors in December 2007.

2. Additionally, Attorney Price suffered two family medical emergencies during the month of December, including the hospitalization of her daughter for a serious medical condition for a week from December 24th to December 30, 2007.

3. The parties have been diligent in their preparation of the case and their efforts to complete discovery. Since the issuance of the Trial Order in August 2007, counsel for both parties have been involved in the litigation of other cases continuously. Counsel for both parties have determined that neither side will be prejudiced by the modest, 8-10 day delay in the discovery dates requested herein, but both parties could be prejudiced by proceeding to trial without having a meaningful opportunity to complete the discovery and prepare the case.

4. The Court had not previously ordered an expert discovery cut-off, but the

parties believe it appropriate, and hereby request, that an expert discovery cut-off of April 15, 2008 be set.

The existing and proposed discovery dates are as follows:

| Event | Date | Revised Date |
|---|---|---|
| Disclosure of Case-in-Chief Witnesses | January 10, 2008 | January 18, 2008 |
| Close of Fact Discovery | February 7, 2008 | February 15, 2008 |
| Disclosure of Expert Witness | February 15, 2008 | February 25, 2008 |
| Disclosure of Rebuttal Witness | March 8, 2008 | March 17, 2008 |
| Close of Expert Discovery | None set | April 15, 2008 |

The parties have not proposed or stipulated to changes in any other dates.

Dated: January 10, 2008  PRICE AND ASSOCIATES


    /s/ *Pamela Y. Price*

PAMELA Y. PRICE, Attorneys for Plaintiff BERNICE PEOPLES


Dated: January 10, 2008  O'MELVENY & MYERS LLP


/s/ Christopher D. Catalano

CHRISTOPHER D. CATALANO,

Attorneys for Defendants COUNTY OF CONTRA COSTA, GUS S. KRAMER, AND LORI KOCH

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christopher D. Catalano.

Dated: January 10, 2008               PRICE AND ASSOCIATES


                                      /s/ *Pamela Y. Price*
                                      PAMELA Y. PRICE, Attorneys for
                                      Plaintiff BERNICE PEOPLES

**ORDER**

Pursuant to the forgoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the parties' proposed revision to the dates for fact and expert discovery cutoffs, disclosure of case-in-chief witness and experts, are adopted as the Order of this Court.

Dated: January 11, 2008

_____      HON. MARILYN H. PATEL
                                     UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*