PAMELA Y. PRICE (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
BERNICE PEOPLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE PEOPLES,<br><br>     Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH in her individual capacity, and DOES 1 through 15 inclusive,<br><br>     Defendants. | NO. C07-0051 MHP<br><br>**STIPULATION AND ORDER TO ENLARGE DISCOVERY CUT-OFF** |

    The parties, having met and conferred by and through their respective counsel, stipulate to enlarge the discovery schedule in this action to accommodate the unavailability of Paul Choroski, and jointly request an Order of the Court approving said stipulation. Good cause for the Order exists for the following reasons:

    1.  Mr. Choroski is a witness likely to possess discoverable information

---
-1-
STIPULATION AND ORDER TO ENLARGE DISCOVERY (C07-0051 MHP)

relating to this action. Defense counsel has learned that Mr. Choroski has a preplanned vacation and is unavailable from now until after the close of discovery on February 15, 2008. Defense counsel has agreed to make Mr. Choroski available for deposition after the close of discovery and Plaintiff proposes to depose him on February 21, 2008.

2. The parties have been diligent in their preparation of the case and their efforts to complete discovery. The parties previously stipulated to enlarge close of fact discovery cut-off up to and including February 15, 2008, and an Order pursuant to said Stipulation was filed on January 11, 2008.

3. The parties are not presently proposing or stipulating to changes in any other dates.

Dated: January 30, 2008

PRICE AND ASSOCIATES

/s/ *Pamela Y. Price*

PAMELA Y. PRICE, Attorneys for
Plaintiff BERNICE PEOPLES

Dated: January 30, 2008

O'MELVENY & MYERS LLP

CHRISTOPHER D. CATALANO,
Attorneys for Defendants COUNTY OF
CONTRA COSTA, GUS S. KRAMER,
AND LORI KOCH

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christopher D. Catalano.

Dated: January 30, 2008

PRICE AND ASSOCIATES

/s/ *Pamela Y. Price*
PAMELA Y. PRICE, Attorneys for
Plaintiff BERNICE PEOPLES

## ORDER

Pursuant to the forgoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the deposition of Paul Choroski may be taken after the close of fact discovery, up to and including February 28, 2008, and the time to bring a motion to compel any discovery disputes arising out of the deposition of Mr. Choroski shall also be extended in accordance with Local Rule 26-2.

Dated: 1/31/2008



HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE