1  PAMELA Y. PRICE (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
3  1611 Telegraph Avenue, Ste. 1450
   Oakland, CA  94612
4  Telephone:  (510) 452-0292
5  Facsimile:  (510) 452-5625
   E-mail:  pypesq@aol.com
6
7  Attorneys for Plaintiff
   BERNICE PEOPLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE PEOPLES,<br><br>              Plaintiff,<br><br>   v.<br><br>COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH in her individual capacity, and DOES 1 through 15 inclusive,<br><br>              Defendants. | NO. C07-00051 MHP<br><br>**STIPULATION AND ORDER TO ENLARGE DEPOSITIONS**<br><br>**\* AS AMENDED BY COURT** |

The parties, having met and conferred by and through their respective counsel, stipulate to exceed the deposition limitation in this action by one, to allow Plaintiff to conduct a thirteenth deposition, that of Randy Becker, and jointly request an Order of the Court approving said stipulation.  Good cause for the Order exists for the following reasons:

1.       Mr. Becker is a witness likely to possess discoverable information relating to this action. Plaintiff's counsel has learned that Mr. Becker is no longer employed by Contra Costa County, and are working with Defense counsel to locate Mr. Becker so that he may be deposed. Defense counsel has agreed to undertake reasonable efforts to make Mr. Becker available for deposition after the close of fact discovery, and Plaintiff proposes to depose him during the week of February 18, 2008.

2.       The parties have been diligent in their preparation of the case and their efforts to complete discovery. The parties previously stipulated to enlarge close of fact discovery cut-off up to and including February 15, 2008, and an Order pursuant to said Stipulation was filed on January 11, 2008. The parties also previously stipulated to enlarge the discovery cut-off to accommodate the unavailability of Paul Choroski, so that he too may be deposed, and an Order pursuant to said Stipulation was filed on January 31, 2008.

3.       The parties are not presently proposing or stipulating to changes in any other dates.

Dated: February 7, 2008

PRICE AND ASSOCIATES

/s/ *Pamela Y. Price*

PAMELA Y. PRICE, Attorneys for Plaintiff BERNICE PEOPLES

Dated: February 7, 2008

O'MELVENY & MYERS LLP

/s/

CHRISTOPHER D. CATALANO, Attorneys for Defendants COUNTY OF CONTRA COSTA, GUS S. KRAMER, AND LORI KOCH

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christopher D. Catalano.

1159P204WAN

-2-

STIPULATION AND ORDER TO ENLARGE DEPOSITIONS (C07-00051 MHP)

| | |
|---|---|
| Dated: February 7, 2008 | PRICE AND ASSOCIATES |
| | /s/ *Pamela Y. Price* |
| | PAMELA Y. PRICE, Attorneys for Plaintiff BERNICE PEOPLES |

### ORDER

Pursuant to the forgoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiff may take one additional deposition, that of Randy Becker, after the close of fact discovery, up to and including February 28, 2008, ~~and the time to bring a motion to compel any discovery disputes arising out of the deposition of Mr. Becker shall also be extended in accordance with Local Rule 26-2~~.

Dated: 2/11/2008

HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE



\* **Any motions arising in the deposition shall be resolved by the parties who must act in good faith. If the parties are not able to resolve the issue(s), they shall call from the deposition and NOT adjourn it.**