1  PAMELA Y. PRICE (S.B. # 107713) – pypesq@aol.com
   PRICE AND ASSOCIATES
2  1611 Telegraph Avenue, Ste. 1450
   Oakland, CA 94612
3  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
4
   Attorneys for Plaintiff
5  BERNICE PEOPLES

6  PETER OBSTLER (S.B. #171623) – pobstler@omm.com
   ROBIN M. WALL (S.B. #235690) – rwall@omm.com
7  O'MELVENY & MYERS LLP
   Embarcadero Center West
8  275 Battery Street
   San Francisco, CA 94111-3305
9  Telephone:   (415) 984-8700
   Facsimile:   (415) 984-8701
10
   CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
11 O'MELVENY & MYERS LLP
   1625 Eye Street, N.W.
12 Washington, D.C. 20006-4001
   Telephone:   (202) 383-5300
13 Facsimile:   (202) 383-5414

14 Attorneys for Defendants COUNTY OF CONTRA COSTA,
   GUS S. KRAMER, and LORI KOCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNICE PEOPLES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH in her individual capacity, and DOES 1 through 15, inclusive,<br><br>　　　　　Defendants. | Case No. C07-00051 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE EXPERT DISCOVERY DATES** |

The parties, having met and conferred by and through their respective counsel, stipulate to enlarge the expert discovery schedule in this action and jointly request an Order of the Court approving the stipulation. Good cause for the Order exists for the following reasons.

1. Under the Court's January 11, 2008 Order adopting the parties' January 10, 2008 stipulated request, the expert witness disclosure date was extended from February 15, 2008 to February 25, 2008, the rebuttal expert witness disclosure date was extended from March 8, 2008 to March 17, 2008, and the close of expert discovery, which had not previously been set, was set for April 15, 2008.

2. The parties have been diligent in their efforts to complete fact discovery, which closes February 29, 2008. This has included numerous depositions in February, some of which have been taken and some of which remain to be completed.

3. On February 7, 2008, the Court ordered that Plaintiff submit to mental examination by Defendants. The parties have been diligent in their efforts to identify potential experts. The parties make the instant request in order to ensure they and their experts have sufficient time in which to schedule and conduct mental examinations of Plaintiff by Defendants' and Plaintiff's experts, and to prepare expert reports relating to that issue and any other issues the parties believe appropriate for expert testimony. In order to ensure uniformity and for the convenience of counsel, this stipulation will apply to all expert witnesses in the case.

4. Accordingly, the parties respectfully request a revised expert discovery schedule as follows:

| Event | Date | Revised Date |
|---|---|---|
| Disclosure of Expert Witnesses | February 25, 2008 | April 1, 2008 |
| Disclosure of Rebuttal Expert Witnesses | March 17, 2008 | April 22, 2008 |
| Close of Expert Discovery | April 15, 2008 | May 16, 2008 |

5. Counsel for all parties have determined that neither side will be prejudiced by the extensions requested herein. In addition, the extensions requested herein will not affect any other dates.

6. The parties have previously requested and received the January 11, 2008

scheduling order referenced above, as well as orders relating to the depositions of Randy Becker and Paul Choroski.

IT IS SO STIPULATED.

Dated: February 22, 2008  PRICE AND ASSOCIATES

By: ___/s/ Pamela Y. Price___
Pamela Y. Price

Attorneys for Plaintiff BERNICE PEOPLES

Dated: February 22, 2008  O'MELVENY & MYERS LLP

By: ___/s/ Christopher D. Catalano___
Christopher D. Catalano

Attorneys for Defendants
COUNTY OF CONTRA COSTA, GUS S. KRAMER and LORI KOCH

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Pamela Y. Price.

Dated: February 22, 2008  O'MELVENY & MYERS LLP

By: ___/s/ Christopher D. Catalano___
Christopher D. Catalano

Attorneys for Defendants
COUNTY OF CONTRA COSTA, GUS S. KRAMER and LORI KOCH

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the parties' proposed revisions for the dates for initial expert disclosures, rebuttal expert disclosures, and the expert discovery cut-off, are adopted as an Order of this Court.

Dated: 2/26/2008

IT IS SO ORDERED
Judge Marilyn H. Patel

DC1:737260.1

-2-

STIP. AND [PROPOSED] ORDER RE: EXPERT DISCOVERY DATES
CASE NO. C-07-00051-MHP