PAMELA Y. PRICE (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Ste. 1450
Oakland, CA  94612
Telephone:  (510) 452-0292
Facsimile:  (510) 452-5625
E-mail:  pypesq@aol.com

Attorneys for Plaintiff
BERNICE PEOPLES

PETER OBSTLER (S.B. #171623) – pobstler@omm.com
ROBIN M. WALL (S.B. #235690) – rwall@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West 275 Battery Street San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W. Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants COUNTY OF CONTRA COSTA,
GUS S. KRAMER, and LORI KOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE PEOPLES,<br><br>　　　　　Plaintiff,<br>　　v.<br>COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH in her individual capacity, and DOES 1 through 15 inclusive,<br><br>　　　　　Defendants. | NO. C07-00051 MHP<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE EXPERT DISCOVERY DATES** |

1159P216PYP

-1-
STIPULATION RE: EXPERT DISCOVERY (C07-00051 MHP)

The parties, having met and conferred by and through their respective counsel, stipulate to enlarge the expert discovery schedule in this action by one week, and jointly request an Order of the Court approving the stipulation. Good cause for the Order exists for the following reasons.

1. The parties have been diligent in their efforts to complete fact discovery, which closed February 29, 2008. This included numerous depositions in February and March. Due to circumstances beyond either counsel's control, two depositions remain to be completed. The parties expect to complete these depositions during the first week of April 2008. Two of Plaintiff's experts need additional time to complete their expert witness reports and defense counsel has agreed to grant a one week extension at the request of Plaintiff's counsel.

2. Accordingly, the parties respectfully request a revised expert discovery schedule as follows:

| Event | Date | Revised Date |
|---|---|---|
| Disclosure of Expert Witnesses | April 1, 2008 | April 8, 2008 |
| Disclosure of Rebuttal Expert Witnesses | April 22, 2008 | April 29, 2008 |
| Close of Expert Discovery | May 16, 2008 | May 23, 2008 |

3. Counsel for all parties have determined that neither side will be prejudiced by the extensions requested herein. In addition, the extensions requested herein will not affect any other dates.

4. Under the Court's January 11, 2008 Order adopting the parties' stipulated request, the expert witness disclosure date was extended from February 15, 2008 to February 25, 2008, the rebuttal expert witness disclosure was extended from March 8, 2008 to March 17, 2008, and the close of expert discovery, which had not previously been

set, was set for April 15, 2008. The parties have previously requested and received the January 11, 2008 scheduling order, as well as orders relating to the depositions of Randy Becker and Paul Choroski. On February 22, 2008, the parties jointly requested an enlargement of the expert witness discovery deadlines in order to accommodate Defendants' scheduling of a mental examination of the Plaintiff. The Court approved that Stipulation on February 26, 2008.

**IT IS SO STIPULATED.**

Dated: March 28, 2008          PRICE AND ASSOCIATES

                               ___/s/ Pamela Y. Price___

                               Pamela Y. Price, Attorneys for Plaintiff
                               BERNICE PEOPLES

Dated: March ___, 2008          O'MELVENY & MYERS LLP

                               By: __/s/ Christopher D. Catalano__
                                    Christopher D. Catalano

                               Attorneys for Defendants COUNTY OF
                               CONTRA COSTA, GUS S. KRAMER
                               and LORI KOCH

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christopher D. Catalano.

Dated: March ___, 2008          PRICE AND ASSOCIATES

                               By: ___/s/   Pamela Y. Price___

**ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the parties' proposed revisions for the dates for initial expert disclosures, rebuttal expert disclosures, and the expert discovery cut-off, are adopted as an Order of this Court.

Dated: __4/7/08_____

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / signature / Judge Marilyn H. Patel]*