PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA  94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
BERNICE PEOPLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE PEOPLES, | NO. C07-0051 MHP |
| Plaintiff, | [PROPOSED] **ORDER SEALING DOCUMENTS PURSUANT TO CIVIL LOCAL RULE 79-5** |
| v. | |
| COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH in her individual capacity, and DOES 1 through 15 inclusive, | DATE: MAY 5, 2008<br>TIME: 2:00 P.M.<br>COURTROOM: 15, 18TH FLOOR |
| Defendants. | HON. MARILYN HALL PATEL |

Pursuant to Plaintiff's Administrative Motion for an Order Sealing Documents and the Stipulated Confidentiality Agreement and Protective Order filed herein on January 29, 2008, and upon good cause appearing therefore, **IT IS HEREBY ORDERED** that the Plaintiff may file the following documents under seal:

1. Exhibit G-2 to Declaration of Pamela Y. Price - Confidential pages of 106, 107, 108, 109, 111, 112, 114, 116, 117, 118, 119, 124, 128, 129, 130, 131, 132, 133, 134, 135, 138, 139, 140, 145, 146, 147, 149, 150, 154, 155, 156, 157, and 173 of Walter Busenius' deposition transcript.

2. Exhibit L to the Declaration of Pamela Y. Price.

3.  Exhibit M to the Declaration of Pamela Y. Price.

4.  Exhibit N to the Declaration of Pamela Y. Price.

5.  Exhibit 92 to the Declaration of Pamela Y. Price.

6.  Exhibit B to the Declaration of Michael M. Harris.

**IT IS SO ORDERED.**

Dated: 4/15/2008

HON. MARILYN HALL PATEL
U.S. DISTRICT



Judge Marilyn H. Patel