PAMELA Y. PRICE (S.B. # 107713) – pypesq@aol.com
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
BERNICE PEOPLES

RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
ROBIN M. WALL (S.B. #235690) rwall@omm.com
DAMALI A. TAYLOR (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

CHRISTOPHER D. CATALANO (S.B. #208606) ccatalano@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

Attorneys for Defendants
COUNTY OF CONTRA COSTA, GUS S. KRAMER
and LORI KOCH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNICE PEOPLES, <br><br>  Plaintiff, <br><br> v. <br><br> COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH in her individual capacity, and DOES 1 through 15, inclusive, <br><br>  Defendants. | Case No. C-07-0051 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION TESTIMONY IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S OPPOSITIONS THERETO** <br><br> Hearing Date: May 5, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 15, 18th Floor <br> Judge: Hon. Marilyn H. Patel |

1  The parties, having met and conferred by and through their respective counsel, stipulate to file no later than April 22, 2008 the marked deposition transcripts required by the Court's standing order, and jointly request an order of the Court approving the stipulation. Good cause for the order exists for the following reasons.

    1. Under the Court's standing order, "[d]epositions used in connection with a motion shall be filed at the time the oppositions are filed and shall be marked as follows. The entire deposition shall be submitted (if deposition is in one volume; otherwise only the volume containing designated portions shall be provided), one copy only, tabbed as necessary or otherwise marked. Objections shall be noted in the margin by use of a keyed system. This will provide the court with one deposition together with the objections of all the parties appearing on the face of the designated abstract."

    2. Defendants filed motions for summary judgment on March 24, 2008. On April 3, 2008, Defendants' counsel wrote to Plaintiff's counsel, requesting that Plaintiff provide any objections to the deposition testimony cited in support of Defendants' motions. Defendants did not receive a response to this request.

    3. As indicated in Plaintiff's declaration filed today, April 15, 2008, Plaintiff did not meet and confer with Defendants' counsel in advance of April 14, 2008, the stipulated date her oppositions were due, in order to identify the deposition excerpts on which Plaintiff intended to rely in her oppositions so that the parties could file with the oppositions the single version of the transcripts contemplated by the Court's order.

    4. Nevertheless, the parties wish to provide the Court with the necessary transcripts. Accordingly, the parties stipulate and respectfully request an order that they may file, no later than April 22, 2008, deposition transcripts in connection with the summary judgment motions in the form required by the Court.

-1-   STIP. AND [PROPOSED] ORDER RE: DEPOSITION TRANSCRIPTS RE: MSJ'S
CASE NO. C-07-00051-MHP

1  IT IS SO STIPULATED.

2  Dated: April 15, 2008          PRICE AND ASSOCIATES

3                                 By: __/s/ Pamela Y. Price_____
                                       Pamela Y. Price

4                                 Attorneys for Plaintiff BERNICE PEOPLES

5  Dated: April 15, 2008          O'MELVENY & MYERS LLP

6                                 By: __/s/ Robin M. Wall_____
                                       Robin M. Wall

7

8                                 Attorneys for Defendants
                                  COUNTY OF CONTRA COSTA, GUS S.
9                                 KRAMER and LORI KOCH

10  I attest under penalty of perjury that concurrence in the filing of this document has been

11  obtained from Pamela Y. Price.

12  Dated: April 15, 2008          O'MELVENY & MYERS LLP

13                                 By: __/s/ Robin M. Wall_____
                                       Robin M. Wall

14

15                                 Attorneys for Defendants
                                  COUNTY OF CONTRA COSTA, GUS S.
                                  KRAMER and LORI KOCH

16

17                        **[PROPOSED] ORDER**

18  Pursuant to the foregoing stipulation of the parties, and good cause appearing therefor, IT

19  IS HEREBY ORDERED that the parties may file, no later than April 22, 2008, the deposition

20  transcripts in connection with Defendants' motions for summary judgment in the form required

21  by the Court's standing order.  **The transcripts shall be filed in full, no redactions or portions.**

22  Dated: 4/16/2008

23                                 _____
                                   HON. MARILYN H. PATEL
24                                 UNITED STATES DISTRICT JUDGE

25  DC1:743000.1

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

-2-                                STIP. AND [PROPOSED] ORDER RE:
                                   DEPOSITION TRANSCRIPTS RE: MSJ'S
                                   CASE NO. C-07-00051-MHP