PAMELA Y. PRICE (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
BERNICE PEOPLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE PEOPLES,<br><br>    Plaintiff,<br>v.<br><br>COUNTY OF CONTRA COSTA, GUS S. KRAMER, et al.,<br><br>    Defendants. | NO. C07-0051 MHP<br><br>**DENYING [PROPOSED] ORDER ~~GRANTING~~ PLAINTIFF'S EX PARTE APPLICATION TO ADVANCE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Pursuant to the Plaintiff's Ex Parte Application and good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File A Second Amended Complaint shall be heard on ~~May 5, 2008. Defendants shall file their opposition to the Motion no later than _____; Plaintiff's Reply, if any, shall be filed no later than _____~~. the regularly noticed date now set and briefing shall follow the schedule set by the court's local rules.

**IT IS SO ORDERED.**

Dated: 4/17/2008 _____

_____
HON. MARILYN H. PATEL
U.S. DISTRICT JUDGE

*[DENIED stamp — signed Judge Marilyn H. Patel, United States District Court, Northern District of California]*

1159P232PYP

-1-
ORDER GRANTING EX PARTE APPLICATION (C07-0051 MHP)