1  RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
   ROBIN M. WALL (S.B. #235690) rwall@omm.com
2  DAMALI A. TAYLOR (admitted *pro hac vice*)
   O'MELVENY & MYERS LLP
3  Embarcadero Center West
   275 Battery Street
4  San Francisco, CA  94111-3305
   Telephone:   (415) 984-8700
5  Facsimile:    (415) 984-8701

6  CHRISTOPHER D. CATALANO (S.B. #208606) ccatalano@omm.com
   O'MELVENY & MYERS LLP
7  1625 Eye Street, N.W.
   Washington, D.C.  20006-4001
8  Telephone:   (202) 383-5300
   Facsimile:    (202) 383-5414
9
   Attorneys for Defendants
10 COUNTY OF CONTRA COSTA, GUS S. KRAMER
   and LORI KOCH

11

12                     **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14

| 15 | BERNICE PEOPLES, | Case No.  C-07-0051 MHP |
|---|---|---|
| 16 | Plaintiff, | **DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5** |
| 17 | v. | |
| 18 | COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH, in her individual capacity and DOES 1 through 15 inclusive, | **DECLARATION OF DAMALI A. TAYLOR** |
| 19 | | |
| 20 | | [~~PROPOSED~~] **ORDER** |
| 21 | Defendant. | ***AS MODIFIED BY COURT** |

1    Pursuant to Civil Local Rule 79-5 and the Stipulated Confidentiality Agreement
2 and Protective Order entered in this action on February 1, 2008, (Docket No. 30),
3 Defendants County of Contra Costa, Gus S. Kramer, and Lori Koch respectfully request
4 that the following documents be filed under seal:
5    1.    Exhibits 2, 6, 15-16 to the Deposition of Bernice Peoples
6    2.    Transcript of Deposition of Walter Busenius, September 12, 2007

8 Dated:  April 22, 2008                O'MELVENY & MYERS LLP

10                                       By:   /s/  Randall W. Edwards
                                                  Randall W. Edwards

12                                       Attorneys for Defendants
                                         COUNTY OF CONTRA COSTA, GUS S.
                                         KRAMER and LORI KOCH
13   SF1:712417.1

- 1 -    DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL; C-07-0051 MHP

## DECLARATION OF DAMALI A. TAYLOR

I, Damali A. Taylor, declare:

1. I am a counsel with O'Melveny & Myers, attorneys for Defendants County of Contra Costa, Gus S. Kramer, and Lori Koch. I make this Declaration in support of Defendants' Administrative Motion for Leave to File under Seal certain documents in support of Defendants' Motions for Summary Judgment.

2. On February 1, 2008, this Court entered an Order approving, in part, a Stipulated Confidentiality Agreement and Protective Order in this matter.

3. The Order governs all documents, testimony, and other information (collectively, "Information") produced or disclosed in the course of this litigation by any party.

4. The Court's Order states that any party may in good faith designate any Information produced or disclosed in the course of this litigation as "Confidential Information" for any reason under the terms of the Order.

5. Good cause exists to file the documents identified in Defendants' Administrative Motion for Leave to File Under Seal because each document has been designated Confidential by Defendants pursuant to the Court's Order, and each document supports Defendants' Motions for Summary Judgment.

6. A true and correct copy of the documents Defendants seeks to file under seal will be submitted to the Court pursuant to Rule 79-5(b).

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 22nd day of April 2008 at San Francisco, California.

          /s/ Damali A. Taylor
          Damali A. Taylor, Declarant

1  **[PROPOSED] ORDER**

2  Pursuant to Defendants' Administration Motion for Leave to File under Seal and

3  the Stipulated Confidentiality Agreement and Protective Order entered in this action on

4  February 1, 2008, and upon good cause appearing therefore,

5  **IT IS HEREBY ORDERED:**

6  Pursuant to Civil Local Rule 79-5, Defendants' Administrative Motion for Leave to

7  File Under Seal:

8      1.    Exhibits 2, 6, 15-16 to the Deposition of Bernice Peoples

9      2.    Transcript of Deposition of Walter Busenius, dated September 12, 2007 **-subject to redactions as may be ordered by the court for public filing,**

10  is **GRANTED**, and the aforementioned documents will be filed under seal.

12  Dated: 4/23/2008

13  The Honorable Marilyn Patel
    United States District Judge

    IT IS SO ORDERED
    Judge Marilyn H. Patel