1  PAMELA Y. PRICE (S.B. # 107713) – pypesq@aol.com
   PRICE AND ASSOCIATES
2  1611 Telegraph Avenue, Ste. 1450
   Oakland, CA  94612
3  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
4
   Attorneys for Plaintiff
5  BERNICE PEOPLES

6  RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
   ROBIN M. WALL (S.B. #235690) rwall@omm.com
7  DAMALI A. TAYLOR (admitted *pro hac vice*)
   O'MELVENY & MYERS LLP
8  Embarcadero Center West
   275 Battery Street
9  San Francisco, CA  94111-3305
   Telephone:    (415) 984-8700
10 Facsimile:    (415) 984-8701

11 CHRISTOPHER D. CATALANO (S.B. #208606) ccatalano@omm.com
   O'MELVENY & MYERS LLP
12 1625 Eye Street, N.W.
   Washington, D.C.  20006-4001
13 Telephone:    (202) 383-5300
   Facsimile:    (202) 383-5414
14
   Attorneys for Defendants
15 COUNTY OF CONTRA COSTA, GUS S. KRAMER
   and LORI KOCH
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNICE PEOPLES, | Case No.  C-07-0051 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING REBUTTAL EXPERT DISCLOSURES** |
| v. | |
| COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH in her individual capacity, and DOES 1 through 15, inclusive, | |
| Defendants. | |

STIP. AND [PROPOSED] ORDER RE: DEFENDANTS'
REBUTTAL EXPERT DISCLOSURES
CASE NO. C-07-00051-MHP

1   The parties, having met and conferred by and through their respective counsel, stipulate
2   that Defendants may have a one-week extension, from April 29, 2008 to May 6, 2008, to make
3   any rebuttal expert disclosures. Good cause for the order exists for the following reasons.

4   1.  On April 8, 2008, the parties exchanged opening expert witness disclosures.
5   Plaintiff served three reports—on issues relating to psychology, interview practices, and alleged
6   economic damages. At the same time as the parties were preparing their own and reviewing the
7   other side's reports, they also were preparing their summary judgment papers. Defendants filed
8   three summary judgment motions on March 24, 2008. Under the stipulated schedule, Plaintiff's
9   opposition papers were due April 14, 2008, and Defendants' reply papers were due April 21,
10  2008. In light of the need to complete their summary judgment replies at the same time that they
11  were identifying any rebuttal experts, Defendants requested and Plaintiff agreed to a one-week
12  continuance of the rebuttal expert disclosure deadline from April 29, 2008 to May 6, 2008. The
13  parties agreed to leave intact the May 23, 2008 deadline for completing expert discovery.

14  2.  **Prior schedule modifications.**  Based on the parties' stipulated request, the
15  original expert witness disclosure date was extended from February 15, 2008 to February 25,
16  2008, the rebuttal expert witness disclosure was extended from March 8, 2008 to March 17, 2008,
17  and the close of expert discovery, which had not previously been set, was set for April 15, 2008.
18  On February 22, 2008, the parties jointly requested an enlargement of the expert witness
19  discovery deadlines in order to accommodate Defendants' scheduling of a mental examination of
20  the Plaintiff. The Court approved that Stipulation on February 26, 2008. The parties thereafter
21  requested a further one-week extension of the expert discovery schedule, which the Court granted
22  on April 7, 2008. Separate from expert discovery, the parties also have previously requested and
23  received the January 11, 2008 scheduling order, as well as orders relating to the depositions of
24  Randy Becker and Paul Choroski.

25  IT IS SO STIPULATED.

26
27
28

| | | |
|---|---|---|
| 1 | Dated: April 24, 2008 | PRICE AND ASSOCIATES |
| 2 | | By: ___/s/ Pamela Y. Price_____ |
| | | Pamela Y. Price |
| 3 | | |
| | | Attorneys for Plaintiff BERNICE PEOPLES |
| 4 | | |
| | Dated: April 24, 2008 | O'MELVENY & MYERS LLP |
| 5 | | |
| | | By: __/s/ Christopher D. Catalano_____ |
| 6 | | Christopher D. Catalano |
| 7 | | Attorneys for Defendants |
| | | COUNTY OF CONTRA COSTA, GUS S. |
| 8 | | KRAMER and LORI KOCH |

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Pamela Y. Price.

| | | |
|---|---|---|
| 12 | Dated: April 24, 2008 | O'MELVENY & MYERS LLP |
| 13 | | By: __/s/ Christopher D. Catalano_____ |
| | | Christopher D. Catalano |
| 14 | | |
| | | Attorneys for Defendants |
| 15 | | COUNTY OF CONTRA COSTA, GUS S. |
| | | KRAMER and LORI KOCH |

## ▮▮▮▮▮▮▮▮ ORDER

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the parties' rebuttal expert disclosures, if any, shall be made no later than May 6, 2008.

Dated: __4/29/2008_____

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

DC1:743795.1