1  RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
   ROBIN M. WALL (S.B. #235690) rwall@omm.com
2  DAMALI A. TAYLOR (admitted *pro hac vice*)
   O'MELVENY & MYERS LLP
3  Embarcadero Center West
   275 Battery Street
4  San Francisco, CA  94111-3305
   Telephone:   (415) 984-8700
5  Facsimile:   (415) 984-8701

6  CHRISTOPHER D. CATALANO (S.B. #208606) ccatalano@omm.com
   O'MELVENY & MYERS LLP
7  1625 Eye Street, N.W.
   Washington, D.C.  20006-4001
8  Telephone:   (202) 383-5300
   Facsimile:   (202) 383-5414
9
   Attorneys for Defendants
10 COUNTY OF CONTRA COSTA, GUS S. KRAMER
   and LORI KOCH
11

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15 BERNICE PEOPLES,                          Case No.  C-07-0051 MHP

16              Plaintiff,

17       v.                                  **STIPULATION AND [PROPOSED]
                                             ORDER REGARDING REBUTTAL
18 COUNTY OF CONTRA COSTA,                   EXPERT DISCLOSURES**
   GUS S. KRAMER in his individual
19 capacity, LORI KOCH, in her
   individual capacity and DOES 1
20 through 15 inclusive,

21              Defendants.

22

23

24

25

26

27

28

1    I.    The parties, having met and conferred by and through their respective

2  counsel, stipulate that the parties may have a three-day extension, from May 6, 2008, to

3  May 9, 2008 to make any rebuttal expert disclosures.  Good cause for the order exists for

4  the following reasons.

5         1. On April 8, 2008, Plaintiff served three opening expert witness reports—on

6  issues relating to psychology, interview practices, and alleged economic damages.  As the

7  parties were reviewing expert reports and preparing their own, they also were preparing

8  their summary judgment papers.  Defendants filed three summary judgment motions on

9  March 24, 2008, with Plaintiff's opposition papers due April 14, 2008, and Defendants'

10  reply papers filed April 21, 2008.  The papers were set for oral argument on May 5, 2008.

11  In light of the need to prepare their summary judgment papers and oral arguments at the

12  same time that they were identifying any rebuttal experts, Defendants requested and

13  Plaintiff agreed to an initial one-week continuance and another three-day continuance of

14  the rebuttal expert disclosure deadline from May 6, 2008 to May 9, 2008.

15         2. **Prior schedule modifications.**  Based on the parties' stipulated request, the

16  original expert witness disclosure date was extended from February 15, 2008 to February

17  25, 2008, the rebuttal expert witness disclosure was extended from March 8, 2008 to

18  March 17, 2008, and the close of expert discovery, which had not previously been set, was

19  set for April 15, 2008.  On February 22, 2008, the parties jointly requested an enlargement

20  of the expert witness discovery deadlines in order to accommodate Defendants'

21  scheduling of a mental examination of the Plaintiff.  The Court approved that Stipulation

22  on February 26, 2008.  The parties thereafter requested an additional one-week extension

23  of the expert discovery schedule, which the Court granted on April 7, 2008.  By the

24  parties' stipulated request, on April 29, 2008, Defendants were granted a further one-week

25  extension of their rebuttal expert disclosures from April 29, 2008 to May 6, 2008.

26      IT IS SO STIPULATED.

27

28

- 1 -

DEFS' STIPULATION AND [PROPOSED] ORDER
RE REBUTTAL EXPERT DISCLOSURE
C-07-0051 MHP

1      Dated:  May 6, 2008        PRICE AND ASSOCIATES

2                                By:  ___  /s/ Pamela Y. Price
                                         Pamela Y. Price

3

4                                Attorneys for Plaintiff BERNICE PEOPLES

      Dated:  May 6, 2008        O'MELVENY & MYERS LLP

5

6                                By:  __/s/ Damali A. Taylor_____
                                       Damali A. Taylor

7                                Attorneys for Defendants
                                COUNTY OF CONTRA COSTA, GUS S.

8                                KRAMER and LORI KOCH

9

10     I attest under penalty of perjury that concurrence in the filing of this document has

11  been obtained from Pamela Y. Price.

12        Dated:  May 6, 2008        O'MELVENY & MYERS LLP

13                                By:  __/s/ Damali A. Taylor_____
                                       Damali A. Taylor

14

15                                Attorneys for Defendants
                                  COUNTY OF CONTRA COSTA, GUS S.
                                KRAMER and LORI KOCH

16

17                        **[~~PROPOSED~~] ORDER**

18     Pursuant to the foregoing stipulation of the parties, and good cause appearing

19  therefor, IT IS HEREBY ORDERED that the parties' rebuttal expert disclosures, if any,

20  shall be made no later than May 9, 2008.

21

22  Dated: 5/7/2008_____

23                                  _____

24                              HON.
                              UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Marilyn H. Patel

25

26

27

28

DEFS' STIPULATION AND [PROPOSED] ORDER
RE REBUTTAL EXPERT DISCLOSURE
C-07-0051 MHP