PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
DANIEL MARTINEZ DE LA VEGA (STATE BAR NO. 255885)
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
BERNICE PEOPLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE PEOPLES, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF CONTRA COSTA, GUS S. KRAMER in His Individual Capacity, et al., <br><br> Defendants. | NO. C07-0051 MHP <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PRETRIAL FILING DEADLINES FOR EXHIBITS** <br><br> HON. MARILYN HALL PATEL |

**WHEREAS** Plaintiff Bernice Peoples and Defendants Contra Costa County, Gus. S. Kramer and Lori Koch (Plaintiff and Defendants collectively referred to herein as "the Parties"), by and through their respective counsel, wish to stipulate and agree that the parties will exchange their respective Trial Exhibit Lists and designations and objections of Mr. Walt Busenius' deposition on or before September 9, 2008, and exchange the actual trial exhibits on September 10, 2008, the last date that the Court has authorized the parties to supplement their disclosures

and previous discovery responses, and then serve and file their respective Trial Exhibit Lists and designations and objections to Mr. Busenius' deposition transcript on or before September 12, 2008;

**WHEREAS,** the Parties have met and conferred on September 5, 2008 and continue to meet and confer regarding the preparation of the aforementioned pretrial documents and the requested extension will help the parties fully and properly complete their pretrial submissions;

**WHEREAS,** the aforementioned extension will not affect the October 7, 2008 trial date, and this brief extension of time from the current due date of September 8, 2008 to September 12, 2008, will afford counsel for the parties a meaningful opportunity to resolve any issues with their respective trial exhibits as required by this Court;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their undersigned counsel, that the deadline to file Trial Exhibit Lists and Designations of Mr. Walt Busenius' deposition transcript is currently set for September 8, 2008 shall be enlarged to September 12, 2008.

Dated: September 8, 2008                PRICE AND ASSOCIATES

                                        _____/s/_____
                                        PAMELA Y. PRICE, Attorneys for Plaintiff
                                        BERNICE PEOPLES

Dated: September ___, 2008              O'MELVENY & MYERS, LLP

                                        _____
                                        ROBIN M. WALL, Attorneys for
                                        Defendants CONTRA COSTA COUNTY,
                                        GUS S. KRAMER and LORI KOCH

DMV1159PT200

-2-

JOINT STIPULATION AND [PROPOSED] ORDER

**ORDER**

Pursuant to the foregoing Stipulation of counsel, and good cause appearing therefore, **IT IS SO ORDERED.**

Dated: September 9, 2008



HON. MARILYN H. PATEL

IT IS SO ORDERED

Judge Marilyn H. Patel