PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
BERNICE PEOPLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE PEOPLES, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, et al., <br><br> Defendants. | NO. C07-0051 MHP <br><br> [PROPOSED] ORDER PERMITTING PLAINTIFF TO USE CERTAIN EQUIPMENT DURING JURY TRIAL AND TO BRING SUCH EQUIPMENT INTO COURTHOUSE ORDER <br><br> DATE: JANUARY 6, 2009 <br><br> HON. MARILYN HALL PATEL |

Being that a jury trial is scheduled to begin in the above-entitled matter on January 6, 2009, and being that a request has been made by Plaintiff BERNICE PEOPLES to allow the use of a projector, a table for projection purposes, a projection screen, an easel, a camera, a set of laptop speakers, two laptops, and a printer during said jury trial,

**IT IS HEREBY ORDERED** that the request to use said equipment during the jury trial is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that said equipment may be brought into the courthouse for the jury trial, scheduled to begin January 6, 2009.

Dated: 1/5/2009

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Marilyn H. Patel

1159PTP214PYP

[PROPOSED] ORDER FOR EQUIPMENT (C07-0051 MHP)