RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
ROBIN M. WALL (S.B. #235690) rwall@omm.com
DAMALI A. TAYLOR (admitted *pro hac vice*) dtaylor@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA  94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendants
COUNTY OF CONTRA COSTA, GUS S. KRAMER
and LORI KOCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNICE PEOPLES,<br><br>                    Plaintiff,<br><br>     v.<br><br>COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH, in her individual capacity and DOES 1 through 15 inclusive,<br><br>                    Defendants. | Case No. C-07-0051 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST REGARDING EQUIPMENT IN COURTROOM**<br><br>Trial Date:     January 6, 2009<br>Time:            8:30 A.M.<br>Courtroom:   15, 18th Floor<br>Judge:           Hon. Marilyn H. Patel |

WHEREAS, this Court has set the trial in this case to commence at 8:30 A.M. on Tuesday, January 6, 2009, and Defendants County of Contra Costa, Gus S. Kramer, and Lori Koch seek permission to bring into the courtroom certain electronic equipment for the purpose of showing demonstratives and exhibits to be viewed by the jury, the Court, the parties, and counsel, pursuant to General Order 58 and this Court's Standing Orders;

IT IS HEREBY ORDERED that Defendants shall be permitted to bring, use, and remove the following electronic equipment for the purpose of showing demonstratives and exhibits at the jury trial scheduled to commence in this case on January 6, 2009:

1. One LCD monitor
2. One switchbox
3. One presentation computer (laptop)
4. One cart
5. Miscellaneous monitor cables, connectors, and power and extension chords

DATED: 1/5/2009

_____
Marilyn
United St

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -

[PROPOSED] ORDER GRANTING REQUEST RE EQUIPMENT IN COURTROOM
CASE NO. C-07-0051 MHP