1  RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
   ROBIN M. WALL (S.B. #235690) rwall@omm.com
2  DAMALI A. TAYLOR (admitted *pro hac vice*) dtaylor@omm.com
   O'MELVENY & MYERS LLP
3  Two Embarcadero Center
   28th Floor
4  San Francisco, CA  94111
   Telephone:     (415) 984-8700
5  Facsimile:     (415) 984-8701

6  Attorneys for Defendants
   COUNTY OF CONTRA COSTA, GUS S. KRAMER
7  and LORI KOCH

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13

| | |
|---|---|
| BERNICE PEOPLES, | Case No. C-07-0051 MHP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CONTINUANCE OF BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS** |
| v. | |
| COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH, in her individual capacity and DOES 1 through 15 inclusive, | Trial Date:  January 6, 2009<br>Time:        8:30 A.M.<br>Courtroom:   15, 18th Floor<br>Judge:       Hon. Marilyn H. Patel |
| Defendants. | |

[PROPOSED] ORDER GRANTING
CONTINUANCE OF BRIEFING SCHEDULE
CASE NO. C-07-0051 MHP

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the briefing and hearing schedule for post-trial motions is continued as follows:

1. Defendants' motions:

    a. Defendants' motions shall be filed by February 11, 2009;

    b. Plaintiff's opposition papers shall be filed by March 18, 2009;

    c. Defendants' reply papers, if any, shall be filed by March 25, 2009.

    d. Motions shall be heard on April 13, 2009.

2. Plaintiff's motions:

    a. Plaintiff's motions for prejudgment interest and injunctive relief shall be filed by February 11, 2009;

    b. Defendants' opposition to the motions for prejudgment interest and injunctive relief shall be filed by March 18, 2009;

    c. Plaintiff's reply, if any, shall be filed by March 25, 2009;

    d. The Motions shall be heard on April 13, 2009.

    e. Plaintiff's motion for attorneys' fees shall be filed by March 13, 2009;

    f. Defendants' opposition to the motion for attorneys' fees shall be filed by March 27, 2009;

    g. Plaintiff's reply, if any, shall be filed by April 3, 2009.

    h. The Motion shall be heard on April 13, 2009.

DATED: March 9, 2009

IT IS SO ORDERED

_____
Marilyn H. Patel
United States District Judge

SF1:756426.1

- 1 - [PROPOSED] ORDER GRANTING CONTINUANCE OF BRIEFING SCHEDULE
CASE NO. C-07-0051 MHP