1  PAMELA Y. PRICE (S.B. # 107713) pypesq@aol.com
   DANIEL MARTINEZ DE LA VEGA (S.B. # 255885) dvega@pypesq.com
2  PRICE AND ASSOCIATES
   1611 Telegraph Avenue, Ste. 1450
3  Oakland, CA 94612
   Telephone:    (510) 452-0292
4  Facsimile:    (510) 452-5625

5  Attorneys for Plaintiff
   BERNICE PEOPLES
6
   RANDALL W. EDWARDS (S.B #179053) redwards@omm.corn
7  ROBIN M. WALL (S.B. #235690) rwall@omm.com
   DAMALI A. TAYLOR (admitted *pro hac vice*) dtaylor@omm.corn
8  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
9  San Francisco, CA 941 11
   Telephone: (415) 984-8700
10 Facsimile: (415) 984-8701

11 Attorneys for Defendants
   COUNTY OF CONTRA COSTA, GUS KRAMER
12 and LORI KOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNICE PEOPLES,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, GUS S. KRAMER in his individual capacity, LORI KOCH, in her individual capacity and DOES 1 through 15 inclusive,<br><br>        Defendants. | Case No. C-07-005 1 MHP<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff Bernice Peoples and Defendants Contra Costa County, Gus Kramer, and Lori Koch have executed a settlement agreement that fully and finally resolves all claims, disputes, and differences in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their respective counsel of record and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned action is hereby dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.

Dated: April 13, 2009

PRICE AND ASSOCIATES

By: /s/ Pamela Y. Price
Pamela Y. Price

Attorneys for Plaintiff BERNICE PEOPLES

Dated: April 13, 2009

O'MELVENY & MYERS LLP

By: /s/ Randall W. Edwards
Randall W. Edwards

Attorneys for Defendants
COUNTY OF CONTRA COSTA, GUS KRAMER and LORI KOCH

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA